*March 6, 2017*

2017-Ohio-787.]

**2016–1153.   State ex rel. GateHouse Media Ohio Holdings II, Inc. v. Pike Cty. Coroner's Office.** In Mandamus. Sua sponte, relators are ordered to file a response, if any, to the motion for protective order no later than 12:00 p.m. on Wednesday, March 8, 2017.